# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MISSOURI
### EASTERN DIVISION

| | | |
|---|---|---|
| GEORGE BAILEY, VIRGIL ASHLEY, | ) | |
| JEANNE MONTGOMERY, | ) | |
| EDWARD BUSSMAN, MYRNA HARTZELL, | ) | |
| CAROL MATUSTIK, EDWARD PATEK, | ) | |
| PAMELA SCHMIDT, MANDI SIMPSON | ) | |
| COATS, THERESA TEEGARDEN, | ) | |
| LARRY WHITTER, MURILLA HUSKEY, | ) | |
| GWENDOLYN SOURLES, BRENDA | ) | |
| MAYCOCK, and JOHN THROGMORTON, | ) | |
| | ) | |
| vs. | ) | No.  4:05CV109-SNL |
| | ) | |
| MERCK & CO., INC., AMY SEPKO, | ) | |
| SHERRY ALBERTS, MEDICINE SHOPPE | ) | |
| INTERNATIONAL, INC., AND | ) | |
| JOHN AND/OR JANE DOES 1-100, | ) | |
| | ) | |
| Defendants. | ) | |

_____

| | | |
|---|---|---|
| GLEN LOVE, STEVE MILES, | ) | |
| DIANNA LARRABEE, LUCILLE | ) | |
| LAWRENCE, BARBARA MICKEL, | ) | |
| WILLIE LITTLE, BRENDA LOONEY, | ) | |
| and RALPH LUCAS, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| vs. | ) | No. 4:05CV157-SNL |
| | ) | |
| MERCK & CO., INC., AMY SEPKO, | ) | |
| SHERRY ALBERTS and | ) | |
| JOHN AND/OR JANE DOES 1-100, | ) | |
| | ) | |
| Defendants. | ) | |

_____

| | | |
|---|---|---|
| ARLA LOVEKAMP, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | No. 4:05CV158-SNL |
| | ) | |
| MERCK & CO., INC., AMY SEPKO, | ) | |
| SHERRY ALBERTS AND | ) | |
| JOHN AND/OR JANE DOES 1-100, | ) | |
| | ) | |
| Defendants. | ) | |

_____

| | |
|---|---|
| MARY WADE, | ) |
| | ) |
|         Plaintiff, | ) |
| | ) |
|    vs. | )      No. 4:05CV486-SNL |
| | ) |
| MERCK & CO., INC., | ) |
| | ) |
|         Defendant. | ) |

| | |
|---|---|
| JERRY JOHNSON, | ) |
| | ) |
|         Plaintiff, | ) |
| | ) |
|    vs. | )      No.  4:05CV520-SNL |
| | ) |
| MERCK & CO., INC., | ) |
| | ) |
|         Defendant. | ) |

## <u>ORDER</u>

There are motions to stay all proceedings in these cases and some have been transferred to the Judicial Panel on Multi-District Litigation <u>In Re:  Vioxx Products Liab. Litig.</u>, No. MDL 1657 and others will be transferred as tag-alongs.

The transfer order automatically stays the litigation, however, for the purpose of the record, the Court should order that all matters be stayed in each case pending transfer to MDL-1657.

**IT IS THEREFORE ORDERED** that all proceedings in these cases are stayed pending transfer to MDL-1657, <u>In Re:  Vioxx Products Liab. Litig.</u>

Dated this   <u>19th</u>   day of May, 2005.

_____
SENIOR UNITED STATES DISTRICT JUDGE